**Order entered June 20, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

The Court **GRANTS** appellant's June 18, 2014 pro se motion for extension of time to file response to *Anders* brief.

We **ORDER** appellant to file his response brief within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Jeremy John Sandersfeld, TDCJ No. 1875695, Luther Unit, 1800 Luther Drive, Navasota, Texas, 77868.

/s/     DAVID EVANS
         JUSTICE